**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTONE LAMANDINGO KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-1497-M |
| | ) | |
| WILLIAM BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 13, 2012, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court dismiss this action for lack of subject matter jurisdiction and for failure to state a claim. The Magistrate Judge further recommended that this dismissal count as a "prior occasion" or strike pursuant to 28 U.S.C. § 1915(g). Plaintiff was advised of his right to object to the Report and Recommendation by March 5, 2012. Plaintiff has not filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 13, 2012,

(2) DISMISSES this action for lack of subject matter jurisdiction and for failure to state a claim, and

(3) FINDS this dismissal counts as a "prior occasion" or strike pursuant to § 1915(g).

**IT IS SO ORDERED this 13th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE